CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

June 18, 2015

Kenneth Turner #1887207
Eastham Unit
2665 Prison Rd. #1
Lovelady, Texas 75851

RE:     Court of Appeals Number:     05-13-01486-CR
        Trial Court Case Number:      F-1351238-H

Style:  Kenneth Ray Turner
        v.
        The State of Texas

Dear Mr. Turner,

        We are in receipt of your May 14, 2015, letter regarding your case. In your letter, you requested a transcript of the oral argument in this Court as well as a copy of the Court's opinion and copy of your motion for rehearing. We do not transcribe or provide transcripts or copies of oral arguments from this Court. I am enclosing a copy of the Court's opinion in your case as well as a copy of your motion for rehearing, per your request.

        This Court denied your motion for rehearing on December 19, 2014, and denied your motion for *en banc* reconsideration on June 16, 2015.

                        Respectfully,

                        /s/ Lisa Matz, Clerk of the Court

enclosures

cc:     Susan Hawk, Dallas County District Attorney
        Frank Crowley Courts Building
        133 N. Riverfront Blvd., LB 19
        Dallas, Texas 75207